# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

A.F. AND S.M.,        : No. 29 MAL 2015
:
Respondents      :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v.          :
:
:
R.F. AND S.F.,       :
:
Petitioners      :


A.F. AND S.M.,        : No. 30 MAL 2015
:
Respondents      :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v.          :
:
:
R.F. AND S.F.,       :
:
Petitioners      :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.